FILED
April 11, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:19-MJ-00055-AC
    Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
AGHEE WILLIAM SMITH, II, )
)
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AGHEE WILLIAM SMITH, II</u>, Case No. <u>2:19-MJ-00055-AC</u>, Charge <u>18 USC §§ 1349, 1341, 1343</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $\_

        ✔   Unsecured Appearance Bond

        \_   Appearance Bond with 10% Deposit

        \_   Appearance Bond with Surety

        \_   Corporate Surety Bail Bond

        ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 11, 2019</u> at <u>2:00 pm</u>.

                By   /s/ Allison Claire
                      Allison Claire
                      United States Magistrate Judge